IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT LAWHEAD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.  CIV-04-1331-L |
| | ) |
| RON WARD and THE | ) |
| ATTORNEY GENERAL OF THE | ) |
| STATE OF OKLAHOMA, | ) |
| | ) |
| Respondents. | ) |

## **O R D E R**

This matter is before the court for review of the Report and Recommendation entered by United States Magistrate Judge Robert E. Bacharach on June 15, 2005.  As stated in the Report and Recommendation, the court has previously held that petitioner is entitled to habeas relief.  The Magistrate Judge, noting that the parties have resolved by agreement the issue regarding the number of credits to be awarded to petitioner, recommended that the court should order the respondents to award petitioner an additional 1254 credits for purposes of the computation of his release date.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limits allowed.  Upon *de novo* review of the matter, the court finds that the Report and Recommendation should

be adopted in its entirety. Accordingly, pursuant to the agreement of the parties, respondents are ordered to award petitioner an additional 1254 credits for purposes of the computation of his release date. Judgment will issue on a separate document in accordance with the Federal Rules of Civil Procedure.

It is so ordered this 11th day of July, 2005.

*Tim Leonard*
TIM LEONARD
United States District Judge